# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISON

| | |
|---|---|
| NETWORK ARCHITECTURE INNOVATIONS LLC,<br><br>                Plaintiff,<br>   v.<br><br>MINDGEEK USA et. al,<br><br>                Defendants. | 2:15-CV-1160-JRG – LEAD CASE |

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Network Architecture Innovations LLC ("Plaintiff") having settled all claims against Defendant La Touraine, Inc. d/b/a Naughty America ("La Touraine"), and pursuant to Fed. R. Civ. P. 41(a), hereby moves for an order dismissing all claims in in Civil Action No. 2:15-cv-1159 WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  January 22, 2016 	Respectfully submitted,

	*/s/ Robert D. Kiddie*
	Robert D. Kiddie
	rkiddie@devlinlawfirm.com
	DEVLIN LAW FIRM LLC
	1306 N. Broom St., 1st Floor
	Wilmington, DE 19806
	Telephone:  (302) 449-9010

	*Attorneys for Plaintiff*
	*Network Architecture Innovations LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's EM/ECF system per Local Rule CV-5(a)(3) on January 22, 2016.

                                          /s/ *Robert D. Kiddie*
                                          Robert D. Kiddie